**William Oscar HARRIS,
Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5083.

United States Court of Appeals,
Federal Circuit.

Aug. 12, 2014.

William Oscar Harris, Terre Haute, TN, pro se.

William James Grimaldi, Trial Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

PER CURIAM.

William Oscar Harris moves for reconsideration of this court's June 13, 2014 order denying his motion for leave to proceed in forma pauperis. The United States opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied. If Harris does not pay the $505 filing fee within 21 days of the date of this order, his appeal will be dismissed.